# JacksonLewis

Jackson Lewis
666
New
(212)
(212) 972-3213 Fax
Jason.Zoldessy@jacksonlewis.com
jacksonlewis.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/24/2023__
```

October 23, 2023

**VIA ECF**

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: **Johnson v. Relish BD LLC**
           **Case No. 1:23-cv-05319 (AT)**

Dear Judge Torres:

  We represent Defendant Relish BD LLC in connection with the above-referenced case and submit this letter jointly with Plaintiff's counsel. We are pleased to report that the parties have reached an agreement in principle which will serve to resolve this case in its entirety. As the settlement resolves, *inter alia*, claims brought pursuant to the Fair Labor Standards Act, the parties intend to submit the settlement agreement to the Court for review and approval as provided for in Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). We anticipate that this agreement will be fully-executed by all parties and ready for submission to the Court by no later than mid-November. Accordingly, we respectfully request that the October 24, 2023 deadline for the parties to submit a joint letter and proposed Case Management Plan and Scheduling Order be adjourned *sine die* pending the settlement agreement being finalized and filed.

  We thank the Court for its consideration in this regard.

GRANTED IN PART, DENIED IN PART. By **November 30, 2023**, the parties shall submit either their settlement agreement for the Court's review or a joint letter and proposed case management plan.

SO ORDERED.

Dated: October 24, 2023
   New York, New York

                _____
                ANALISA TORRES
               United States District Judge